UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RUSTY A. SCHLACKE, | ) | BANKRUPTCY NO. 20-00513 |
| | ) | |
| LORI R. SCHLACKE, | ) | MOTION TO EXTEND TIME TO |
| | ) | FILE REAFFIRMATION |
| | ) | AGREEMENT |

Come now Rusty and Lori Schlacke, Debtors, through undersigned counsel and move to extend time to file a reaffirmation agreement. Debtors state as follows:

1. Debtors filed for relief under chapter 7 of the US Bankruptcy Code on April 16, 2020.

2. In their petition, Debtors stated their intention to reaffirm a debt with Wells Fargo Bank NA who holds the mortgage on Debtors' home.

3. Debtors and Debtors' counsel attached electronic signatures to the reaffirmation agreement, but Wells Fargo Bank policy requires original signatures.

4. Debtors wish to sign the reaffirmation agreement and the lender will need time to process the reaffirmation agreement after Debtors sign it.

5. Wells Fargo Bank has agreed to the extension of time. No party would be harmed by extending the deadline.

6. The deadline for filing Reaffirmation agreements is July 10, 2020.

Debtors request that the Court grant this Motion to Extend Time to File Reaffirmation Agreement and allow 30 days from the date of the order to file the reaffirmation agreement without hearing and other relief as the court deems just and necessary.

**/s/ Derek Hong**
Derek Hong, AT0009118
Hong Law, P.L.C.
5001 1st Ave SE, Ste 105 #354
Cedar Rapids, IA  52402
Business 319-294-5853
Facsimile 866-213-4371
E-mail:  certs@honglaw.com

PROOF OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing document electronically or by depositing same in the U.S. Mail, properly addressed, and with sufficient postage affixed thereto to ensure delivery to the following:

OFFICE OF THE UNITED STATES TRUSTEE
UNITED STATES FEDERAL COURTHOUSE
111 7TH AVE SE, BOX 17
CEDAR RAPIDS IA 52401-2101

WESLEY HUISINGA
PO BOX 2107
CEDAR RAPIDS IA 52406-2107

WELLS FARGO BANK, NA
MAC # - F2303-04N
ONE HOME CAMPUS
DES MOINES IA 50328

Dated 10th day of July, 2020

/s/ Amy Zimmermann