UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RUSTY A. SCHLACKE | ) | Bankruptcy No. 20-00513 |
| | ) | |
| LORI R. SCHLACKE | ) | |
| | ) | |
| Debtors | ) | |

ORDER APPROVING MOTION TO EXTEND TIME TO FILE
REAFFIRMATION AGREEMENT

Debtors filed a motion to extend time to file a reaffirmation agreement with Wells Fargo Bank. For good cause shown, the motion should be granted.

WHEREFORE, the deadline to file the reaffirmation agreement is 30 days from the date of this order.

Dated and Entered: July 13, 2020

_____
US Bankruptcy Judge