```
                          United States Bankruptcy Court
                            Northern District of Iowa
In re:                                                      Case No. 20-00513-TJC
Rusty A. Schlacke                                           Chapter 7
Lori R. Schlacke
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0862-1          User: admin              Page 1 of 1           Date Rcvd: Jul 13, 2020
                              Form ID: pdf902          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db           +Rusty A. Schlacke,    4063 Treeline Ct NE,   Cedar Rapids, IA 52411-6523
jdb          +Lori R. Schlacke,    4063 Treeline Ct NE,   Cedar Rapids, IA 52411-6523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2020 at the address(es) listed below:
              Derek N.W. Hong    on behalf of Joint Debtor Lori R. Schlacke certs@honglaw.com,   amy@honglaw.com,
               dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info,
               hong.law.certs@gmail.com;r49597@notify.bestcase.com
              Derek N.W. Hong    on behalf of Debtor Rusty A. Schlacke certs@honglaw.com,   amy@honglaw.com,
               dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info,
               hong.law.certs@gmail.com;r49597@notify.bestcase.com
              Eric J. Langston    on behalf of Trustee Renee K. Hanrahan elangston@spmblaw.com,
               wscheer@spmblaw.com
              Eric W. Lam    on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com,
               tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com
              Renee K. Hanrahan    rhanrahan@southslope.net,   rhanrahan@ecf.axosfs.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE: ) CHAPTER 7
)
RUSTY A. SCHLACKE ) Bankruptcy No. 20-00513
)
LORI R. SCHLACKE )
)
Debtors )

ORDER APPROVING MOTION TO EXTEND TIME TO FILE
REAFFIRMATION AGREEMENT

Debtors filed a motion to extend time to file a reaffirmation agreement with Wells Fargo Bank. For good cause shown, the motion should be granted.

WHEREFORE, the deadline to file the reaffirmation agreement is 30 days from the date of this order.

Dated and Entered: July 13, 2020

_____
US Bankruptcy Judge